**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| JACKIE RUSSELL KEETER,<br>TDCJ No. 00935295, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 7:26-cv-026-O |
| DIRECTOR, TDCJ-CID, et al., | §<br>§<br>§ | |
| Defendants. | § | |

**ORDER DIRECTING ADMINISTRATIVE ACTION
BY THE CLERK OF COURT**

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 7. Plaintiff seeks to voluntarily dismiss this action. The Court construes Plaintiff's motion as a Notice of Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 41(a)(1)(A)(i), Plaintiff is entitled voluntarily dismiss his case without a Court order provided that the opposing party has not served an answer or a motion for summary judgment. The right to voluntarily dismiss an action before service of an answer or summary judgment motion is "absolute and unconditional" and may not be "extinguished or circumscribed by adversary or court." *International Driver Training Inc. v. J-BJRD Inc.*, 202 F. App'x 714, 715-16 (5th Cir. Oct. 16, 2006), quoting 8 James W. Moore et al., Moore's Federal Practice, § 41.33[2], at 41-48 (Matthew Bender 3d ed. 2006) and *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963). A notice of voluntary dismissal under this rule is "self-executing" and no further Court action is required. *Id.*

Defendants have not filed an answer or a motion for summary judgment. Therefore, Plaintiff is entitled to voluntarily dismiss the case without a Court order under Rule 41(a)(1)(A)(i).

The **Clerk of Court** is hereby directed to administratively close this case pursuant to Plaintiff's request for dismissal.

**SO ORDERED** this **15th day** of **April 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**